FORBES *against* FRARY and another.

If referees in a cause, unreasonably refuse an adjournment, requested by a party, to enable him to produce witnesses, the report will be set aside.

WOOD, for the plaintiff, moved to set aside the report of the referees in this cause. From the affidavits, it appeared, that the cause was referred, at the instance of the defendants, who agreed to admit certain *items* in the plaintiff's account, which, at the hearing before the referees, they refused to admit. The plaintiff's attorney then requested an adjournment until the next day, in order that he might produce witnesses to prove the *items*. The referees refused to adjourn, and made up their report, without further proof, by which they found a less sum for the plaintiff, than he claims to be due to him.

*Bogert*, contra.

*Per Curiam.* The referees have a reasonable discretion as to adjournments, and they ought to have given a day to the plaintiff to produce his witnesses, as he appears [*225] to have been taken by surprise, though the court *cannot take notice of a mere verbal agreement. The referees, in the exercise of their discretion, acted unreasonably in refusing the adjournment. The report must be set aside.

Rule granted.(*a*)